**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ORLANDO C. SMITH,**                                                                                    **PLAINTIFF**
**ADC #146659**

v.                                        Case No. 3:20-cv-00046-LPR-JTK

**MARTY BOYD,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on April 23, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice for failure to prosecute. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 23rd day of April 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE